So Ordered.

_____

Signed this 29 day of October, 2013.

Margaret Cangilos-Ruiz
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

In re  Zarina T Fuentes
     aka Zarina T Stovold

CASE NO.  13-31624

     Miguel A Fuentes, Jr.

CHAPTER 7

Debtor(s)

---

ORDER VACATING DISCHARGE ENTERED PREMATURELY

On October 25, 2013, an order of discharge was prematurely and erroneously issued.

NOW, therefore, it is ORDERED AND NOTICE IS HEREBY GIVEN that the Order of Discharge entered in this case on October 25, 2013, is vacated and of no effect.

#####